MHN

KC FILED
MAR 2 7 2008
3-27-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Plaintiff(s)**

Michael K Doman

V.

08CV1776
JUDGE ZAGEL
MAGISTRATE JUDGE DENLOW

**Defendant(s)**

Will County States Attorney Office
Lea Norbut, and Pete Piazza
Laurence Lescynski

## Complaint

Civil Rights violation, False Arrest, Slander, Defamation, Intentionally Infliction of emotional Distress, conspiracy, Governmental corruption, Harassment.

My whole family has been violated for the past 4½ years, emotionally and financially by the Will County State's Attorney's Office. This Government corruption must stop. I am suing for $20,000,000

3-27-08    Michael K Doman