JS 44 (Rev. 3/99)   #2   CIVIL COVER SHEET   MHN

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**: Michael K. Doman

**DEFENDANTS**: Pete Piazza - et al

**(b) County of Residence of First Listed**: Will
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: Will
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

KC FILED
MAR 27 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**(c) Attorney's (Firm Name, Address, and Telephone Number)**

**Attorneys (If Known)**: Will County States Attorney, Lea Norbut, Lawrence Lesczynski, Pete Piazza, Jim Glasgow

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1 U.S. Government Plaintiff
- [X] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

08CV1776
JUDGE ZAGEL
MAGISTRATE JUDGE DENLOW

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

[Form checkboxes - 440 Other Civil Rights marked]

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

[X] 1 Original Proceeding

## VI. CAUSE OF ACTION

Civil rights violation, false arrest, slander, Harassment

## VII. REQUESTED IN COMPLAINT:

DEMAND $ 30,000,000

## VIII. This case

[X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case _____, previously dismissed by Judge _____

DATE: 3-27-08
SIGNATURE OF ATTORNEY OF RECORD