*MHW*

## APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: _Michael K Doman_
(Please print)

STREET ADDRESS: _2385 Palmer Ranch Drive_

CITY/STATE/ZIP: _New Lenox IL 60451._

PHONE NUMBER: _815- 462- 0590_

CASE NUMBER: ——————
08CV1776
JUDGE ZAGEL
MAGISTRATE JUDGE DENLOW

_____
Signature

_3-27-08._
Date

KC FILED
3-27-2008
MAR 27 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT