UNITED STATES DISTRICT COURT  50634-POG
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

| In the Matter of<br>MICHAEL K. DOMAN,<br><br>Plaintiff,<br><br>v.<br><br>WILL COUNTY STATES ATTORNEY OFFICE, LEA NORBUT, PETE PIAZZA and LAURENCE LESCYNSKI,<br><br>Defendants. | Case<br><br>No.  08 CV 1776<br><br>Judge Zagel<br><br>Magistrate Judge Denlow |
|---|---|

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
JAMES W. GLASKOW, STATE'S ATTORNEY OF WILL COUNTY
PETE PIAZZA
LEA NORBUT
LAURENCE LESZCYNSKI

| SIGNATURE<br><br>s/David J. Flynn | |
|---|---|
| FIRM<br><br>Querrey & Harrow, Ltd. | |
| STREET ADDRESS<br><br>175 West Jackson Boulevard, Suite 1600 | |
| CITY/STATE/ZIP<br><br>Chicago, IL 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6204228 | TELEPHONE NUMBER<br>312/540-7000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES          NO  X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES          NO  X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES          NO  X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES      NO  X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL                         APPOINTED COUNSEL | |