UNITED STATES DISTRICT COURT     50634-POG
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL K. DOMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.:   08 C 1776 |
| v. | ) | |
| | ) | Honorable Judge Zagel |
| WILL COUNTY STATES ATTORNEY OFFICE, LEA NORBUT, PETE PIAZZA and LAURENCE LESCYNSKI, | ) ) ) | Magistrate Judge Denlow |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Michael K. Doman, *Pro Se* Plaintiff, 2385 Palmer Ranch Drive, New Lenox, IL 60451

On **Tuesday, May 20, 2008 at 10:15 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Zagel or any Judge sitting in his stead, in Room 2503 or the courtroom usually occupied by him in the US District Courthouse, Northern District of Illinois, Eastern Division at Chicago, 219 South Dearborn Street, Chicago, Illinois, and shall then and there move the Court in accordance with the attached **Defendants JAMES W. GLASKOW, STATE'S ATTORNEY OF WILL COUNTY, PETE PIAZZA, LEA NORBUT, LAURENCE LESZCYNSKI's Motion to Dismiss Plaintiff's** *Pro Se* **Complaint.**

| | |
|---|---|
| Name | QUERREY & HARROW, LTD. |
| Attorneys for Defendants | JAMES W. GLASKOW, STATE'S ATTORNEY OF WILL COUNTY, PETE PIAZZA, LEA NORBUT, LAURENCE LESZCYNSKI |
| Address | 175 W. Jackson Blvd., Suite 1600 |
| City | Chicago, Illinois 60604 |
| Telephone | (312) 540-7000 |

## PROOF OF SERVICE

I, Paul A. O'Grady, after being first duly sworn on oath, depose and state that I served this Notice of Motion together with the document herein referred to the above-named party pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on May 5, 2008.

[x]   Under penalties as provided by law pursuant to ILL. REV. STAT CHAP. 110, SEC. 1-109, I certify that the statements set forth herein are true and correct.

BY:_____/s/Paul A. O'Grady_____

QUERREY & HARROW, LTD.
175 W. Jackson Blvd., #1600
Chicago, IL 60604
Telephone:   312/540-7000

*Doman, Pro Se Plaintiff, v. Piazza, et al.*
Our File No:            50634-POG
U.S. District Court No.:   08 C 1776

## SERVICE LIST

**Pro Se Plaintiff**
Michael K. Doman
2385 Palmer Ranch Drive
New Lenox, IL 60451
Telephone:      815/462-0590


**Attorneys for JAMES W. GLASKOW, STATE'S ATTORNEY OF WILL COUNTY, PETE PIAZZA, LEA NORBUT, LAURENCE LESZCYNSKI**
Daniel F. Gallagher
Paul O'Grady
David J. Flynn
Dominick L. Lanzito
QUERREY & HARROW, LTD.
175 West Jackson, Suite 1600
Chicago, Illinois 60604
Phone:      312/540-7000
Fax:        312/540-0578