## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Michael K. Doman

                                                      Plaintiff,

v.                                                                     Case No.: 1:08–cv–01776
                                                                      Honorable James B. Zagel

Will County States Attorneys' Office, et al.

                                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

      MINUTE entry before Judge Honorable James B. Zagel:Notice hearing for 5/20/2008 is stricken. Set deadlines as to defendants motion to dismiss [10]. Plaintiff's response due by 6/10/2008. Reply due by 6/24/2008. Status hearing set for 7/16/2008 at 10:00 AM. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.