50634-POG

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of<br>MICHAEL K. DOMAN,<br><br>                    Plaintiff,<br><br>      v.<br><br>WILL COUNTY STATES ATTORNEY<br>OFFICE, LEA NORBUT, PETE PIAZZA and<br>LAURENCE LESCYNSKI,<br><br>                    Defendants. | Case<br><br>No.  08 CV 1776<br><br>Judge Zagel<br><br>Magistrate Judge Denlow |

**DEFENDANTS, JAMES W. GLASGOW, STATE'S ATTORNEY OF WILL COUNTY, PETE PIAZZA, LEA NORBUT, LAURENCE LESZCYNSKI'S REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S *PRO SE* COMPLAINT**

NOW COME defendants, JAMES W. GLASGOW, STATE'S ATTORNEY OF WILL COUNTY, PETE PIAZZA, LEA NORBUT, LAURENCE LESZCYNSKI, by and through their attorneys, QUERREY & HARROW, LTD., and as their reply in support of their motion to dismiss Plaintiff's *Pro Se* Complaint, state as follows:

1.      Plaintiff has failed to timely file any written response to Defendants' Motion to Dismiss, which was due on June 10, 2008.

2.      As such, Defendants' motion is uncontested and should be granted with prejudice.

WHEREFORE, Defendants, respectfully requests that the Court enter an Order dismissing the Plaintiff, MICHAEL K. DOMAN's *pro se* Complaint with prejudice and for such other relief as this Court shall deem to be fair and just.

                Respectfully submitted,

                JAMES W. GLASGOW, STATE'S ATTORNEY OF WILL COUNTY, PETE PIAZZA, LEA NORBUT, LAURENCE LESZCYNSKI, Defendants.

By:   s/Dominick L. Lanzito
       One of the attorneys for Defendants

Paul O'Grady
David J. Flynn
Dominick L. Lanzito
QUERREY & HARROW, LTD.
175 West Jackson, Suite 1600
Chicago, Illinois 60604
Phone:	312/540-7000
Fax:	312/540-0578

Document #: 1336517