50634-DFG

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF<br>MICHAEL K. DOMAN,<br><br>      PLAINTIFF,<br><br> v.<br><br>WILL COUNTY STATES ATTORNEY OFFICE, LEA NORBUT, PETE PIAZZA AND LAURENCE LESCYNSKI,<br><br>      DEFENDANTS. | CASE NO.  08 CV 1776<br><br>JUDGE ZAGEL<br><br>MAGISTRATE JUDGE DENLOW |

## NOTICE OF FILING

To: **MICHAEL K. DOMAN, *PRO SE* PLAINTIFF,**
   **2385 PALMER RANCH DRIVE**
   **NEW LENOX, IL 60451**

  PLEASE TAKE NOTICE THAT on July 8, 2008 we shall file electronically with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, **DEFENDANTS, JAMES W. GLASGOW, STATE'S ATTORNEY OF WILL COUNTY, PETE PIAZZA, LEA NORBUT, LAURENCE LESZCYNSKI'S REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S *PRO SE* COMPLAINT.**

      Defendants, JAMES W. GLASGOW, STATE'S ATTORNEY OF
      WILL COUNTY, PETE PIAZZA, LEA NORBUT, LAURENCE
      LESZCYNSKI

    By: s/Dominick L. Lanzito
      Dominick L. Lanzito
      Querrey & Harrow, Ltd.
      175 West Jackson Blvd., Suite 1600
      Chicago, IL  60604-2827
      (312) 540-7000
      I.D. #6277856

**PROOF OF SERVICE**

      I, Dominick L. Lanzito, after being first duly sworn on oath, depose and state that I served this Notice of Filing together with the document(s) herein referred to the above-named attorney(s) pursuant to ECF and shall comply with L.R.5.5 as to any party who is not a Filing User or represented by a Filing User on July 8, 2008.

| [x] | Under penalties as provided by law pursuant to ILL. REV. STAT CHAP. 110, SEC. 1-109, I certify that the statements set forth herein are true and correct. |
|---|---|

                                                                            s/Dominick L. Lanzito